RECEIPT NUMBER
36687

# UNITES STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KIMBERLY TURNER

        Plaintiff,

Case No. **04-71316**

Hon. **PATRICK J. DUGGAN**

Wayne County Circuit Court
Case No.:    04-407099 CH

   V.

**MAGISTRATE JUDGE MORGAN**

CHARTER ONE BANK

        Defendant.

FILED '04 APR -8 AM 10:24 U.S. DIST. COURT CLERK EAST. DIST. MICH. DETROIT PSG

TROTT & TROTT, P.C.
By: James J. Makowski (P62115)
Attorneys for Defendant
30400 Telegraph Rd., Ste. 200
Bingham Farms, MI 48025
248.723.6010
T&T #200019779

METROPOLITAN LEGAL GROUP PLLC
BY: Traci L. Richards (P52868)
Attorney for Plaintiff
7755 Twenty-Two Mile Road
PO Box 183304
Shelby, Michigan 48318
586.412.1717

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

## NOTICE OF REMOVAL

**TO:**    **THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

Defendant, Charter One Bank, for its notice of removal, states as follows:

1.      On or about March 12, 2004, Plaintiffs served Defendant with a Summons, Complaint, and Motion for Temporary Restraining Order in the action entitled Kimberly Turner v. Charter One Bank., State of Michigan, Wayne County Circuit Court, case number 04-407099-CH (the "State Court Action").  On or about March 16, 2004 an Order was signed by Hon. Warfield Moore, staying an eviction proceeding pending in the 36th District Court. True and correct copies of the above documents are attached hereto as Exhibit A.  Other than the documents described above, no notice, pleadings or orders have been served upon or otherwise received by Defendant.  This Notice of Removal is filed within thirty (30) days of the date on which Defendant first received the Summons and Complaint.

2.      The pending action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332.  This action may be removed to this Court pursuant to 28 U.S.C. § 1441.  Plaintiff's Complaint places in controversy an amount in excess of $75,000 exclusive of interest, costs and disbursements, and complete diversity of citizenship exists between Plaintiff and Defendant.

     a.      Plaintiff Kimberly Jo Turner is now, and was when this action commenced, individuals residing in the State of Michigan.

     b.      Defendant Charter One Bank is now, and was when this action commenced, a corporation organized and existing under the laws of the State of Virginia, with its principle place of business in Virginia.

     c.      Plaintiff's Complaint alleges that the amount in controversy between the Plaintiff and Defendant exceeds the sum of Twenty Five Thousand ($25,000) Dollars, exclusive of costs, interest and attorney fees.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

Plaintiff alleges that the amount in controversy includes the value of her home, which she claims to be valued at $150,000 (See Complaint)

3.     Therefore, the matter in controversy now exceeds, and exceeded when the State Court Action was commenced, the sum of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs.

WHEREFORE, Defendant hereby removes the action now pending against it in Wayne County Circuit Court, case number 04-407099-CH, to this Court.


Dated:   APRIL 7, 2004

                                         TROTT & TROTT P.C.



                              By:   _____
                                         James J. Makowski (P62115)
                                         Attorneys for Charter One Bank
                                         30400 Telegraph Road, Suite 200
                                         Bingham Farms, MI 48025
                                         (248) 642-2515

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

**STATE OF MICHIGAN**  MOTION For Writ-to-Stay CASE NO.
**JUDICIAL DISTRICT**  ~~SUMMONS AND~~ **COMPLAINT**
**JUDICIAL CIRCUIT**  page 1 of 2 pages

Court address
Court telephone no.
Coleman A. Young Municipal Center
2 Woodward Avenue
Detroit MI 48226

04-407099 CH   3/09/2004
JDG:WARFIELD MOORE
TURNER KIMBERLY
vs
CHARTER ONE MORTGAGE BANK

**HERE COMES, PLAINTIFF / KIMBERLY J. TURNER,** with legal claim against

Defendant/Charter One Mortgage" AKA" Equity One Mortgage Bank as holder of Predatory

Nature Mortgage presented to Plaintiff/Kimberly J. Turner in January 1999. That said Property

address is 19329 Appoline St. Detroit, Mi in the county of Wayne and described as lot 934 and ½

of vacant alley adjoining in rear Greenwich Park Subdivision, as recorded in liber 41. Page 28 of

plats, Wayne County Michigan Records. That Charter One Mortgage Bank fraudulently

presented and processed a mortgage loan written with Predatory Nature elements such as:

1. High Interest Rates

2. Prepayment Penalties

3. Excessive points

4. Congested mortgage titles to confused Plaintiff in the event of default

    (a)    Mortgage has more than one loan type.

    (b)    Unclear what type of mortgage Insurance holder such as having an active FHA number
    in mortgage record.

    (c)    Mortgage shows no evidence of conventional loan "only by hearsay" Or not in
    appreciate place on contact.

    (d)    Mortgage loan contained fraudulent default clause

5. Non-existence of forbearance plans or payment modifications.

    (e)    Charter One is not set up for such programs.

    (f)    Instead Charter One forced plaintiff to file Bankruptcy chapter 13 in order to arranged
    repayment knowingly plaintiff pass hardship, and that this would only bring more financial
    hardship to plaintiff credit status.

6. Charter One Bank did not order proper Appraisal for mortgage loan, but fraudulently obtain one
    from a plaintiff's competitive mortgage holder.  In which was found inaccurate to market value.

F I L E D
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAR 0 9 2004
BY

Page 2 of 2

**DAMAGES**

Plaintiff /Kimberly J. Turner seeks claim for damages that are the actual mortgage appraisal amount of $150,000 for reasons that Charter One Mortgage written this contact instrument to fraudulently steal said property from Plaintiff/Kimberly J. Turner.  Furthermore, Charter One Mortgage Bank foreclosure is not valid because of the type of Predatory Nature loan.

Plaintiff asks the court to grant damages that is calculated as the same as mortgage appraisal amount of said described, and property home purchase or/ reinstatement of mortgage without down payment with rewritten mortgage contact with the courts approval of contact terms. Defendant/Charter One Mortgage "AKA Equity One Mortgage, violated Plaintiff/Kimberly J. Turner mortgage rights by presenting a faulty predatory nature mortgage loan which brings a breach in contact of said mortgage with charter One Mortgage Bank "AKA" Equity One Mortgage

(g)    Truth-in-lending rights,

(h)    Consumer protection rights

(i)    Fair lending Act in Purchase of mortgage loan

This mortgage loan received by Plaintiff/Kimberly J. Turner in January of 1999 was not given in matter for plaintiff to have an attorney view mortgage documents.  Charter One Mortgage Bank "AKA" Equity One Mortgage this mortgage was written to gain procession of property for Predatory Loan profitable gain.  Plaintiff/Kimberly J. Turner request;


---
### Motion for "Writ to Stay"
---


Plaintiff/Kimberly J. Turner ask for the courts order 36th District Court Judge John Perry escrow order of $800.00 every 3rd day of the month stay in affect until this Lawsuit has been answered. Until the Summons and Complaint Lawsuit filed has been Answered in its entirely.

*Kimberly J. Turner*
**Kimberly J. Turner**

3-9-04
**Date**

Approved, SCAO

Target Information Management, Inc.
(517) 337-1211

Original - Court       2nd copy - Plaintiff
1st copy - Defendant   3rd copy - Return

| STATE OF MICHIGAN | | |
|---|---|---|
| JUDICIAL DISTRICT | SUMMONS AND COMPLAINT | 04-407099 CH   3/09/2004 |
| JUDICIAL CIRCUIT | | JDG:WARFIELD MOORE |
| COUNTY PROBATE | | TURNER KIMBERLY |

vs

CHARTER ONE MORTGAGE BANK

Court address

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| *Kimberly J. Turner*<br>*19329 Appoline St.*<br>*Detroit Michigan 48235* | v | *Charter One Mortgage Bank*<br>*C/o Trott & Trott*<br>*30400 Telegraph Rd. Suite*<br>*200*<br>*Bingham Farms, MI 48025* |
| Plaintiff attorney, bar no., address, and telephone no.<br>*In Pro-Per* | | |

**SUMMONS**   **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| | | |

**FILED**
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAR 09 2004

*This summons is invalid unless served on or before its expiration date.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in *36th District Court* Court.
The action ☒ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint/
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>*Wayne County* | Defendant(s) residence (include city, township, or village)<br>*Wayne County* |
|---|---|
| Place where action arose or business conducted | |

I declare that the **complaint information above and attached** is true to the best of my information, knowledge, and belief.

| Date | Signature of attorney/plaintiff |
|---|---|
| | |

If you require special accommodations to use the court because of disabilities, contact the court immediately to make arrangements.

MC 01  (9/98)  **SUMMONS AND COMPLAINT**   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

04-407099 CH   3/09/2004
JDG:WARFIELD MOORE
TURNER KIMBERLY
vs
CHARTER ONE MORTGAGE BANK

**STATE OF MICHIGAN**
**JUDICIAL DISTRICT**
**JUDICIAL CIRCUIT**

~~SUMMONS AND CO.~~
page 1 of 2 pages

Court address
Court telephone no.
**Coleman A. Young Municipal Center**
**2 Woodward Avenue**
**Detroit MI 48226**

The action (remains) / (is no longer)
pending.

**HERE COMES, PLAINTIFF / KIMBERLY J. TURNER,** with legal claim against
Defendant/Charter One Mortgage" AKA" Equity One Mortgage Bank as holder of Predatory
Nature Mortgage presented to Plaintiff/Kimberly J. Turner in January 1999. That said Property
address is 19329 Appoline St. Detroit, Mi in the county of Wayne and described as lot 934 and ½
of vacant alley adjoining in rear Greenwich Park Subdivision, as recorded in liber 41. Page 28 of
plats, Wayne County Michigan Records. That Charter One Mortgage Bank fraudulently
presented and processed a mortgage loan written with Predatory Nature elements such

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK

MAR 0 9 2004

BY

1. High Interest Rates
2. Prepayment Penalties
3. Excessive points
4. Congested mortgage titles to confused Plaintiff in the event of default
   (a)   Mortgage has more than one loan type.
   (b)   Unclear what type of mortgage Insurance holder such as having an active FHA number
   in mortgage record.
   (c)   Mortgage shows no evidence of conventional loan "only by hearsay" Or not in
   appreciate place on contact.
   (d)   Mortgage loan contained fraudulent default clause
5. Non-existence of forbearance plans or payment modifications.
   (e)   Charter One is not set up for such programs.
   (f)   Instead Charter One forced plaintiff to file Bankruptcy chapter 13 in order to arranged
   repayment knowingly plaintiff pass hardship, and that this would only bring more financial
   hardship to plaintiff credit status.
6. Charter One Bank did not order proper Appraisal for mortgage loan, but fraudulently obtain one
   from a plaintiff's competitive mortgage holder.  In which was found inaccurate to market value.

Page 2 of 2

**DAMAGES**

Plaintiff/Kimberly J. Turner seeks claim for damages that are the actual mortgage appraisal amount of $150,000 for reasons that Charter One Mortgage written this contact instrument to fraudulently steal said property from Plaintiff/Kimberly J. Turner.  Furthermore, Charter One Mortgage Bank foreclosure is not valid because of the type of Predatory Nature loan.

Plaintiff asks the court to grant damages that is calculated as the same as mortgage appraisal amount of said described, and property home purchase or/ reinstatement of mortgage without down payment with rewritten mortgage contact with the courts approval of contact terms. Defendant/Charter One Mortgage "AKA Equity One Mortgage, violated Plaintiff/Kimberly J. Turner mortgage rights by presenting a faulty predatory nature mortgage loan which brings a breach in contact of said mortgage with charter One Mortgage Bank "AKA" Equity One Mortgage

(g)      Truth-in-lending rights,

(h)      Consumer protection rights

(i)       Fair lending Act in Purchase of mortgage loan

This mortgage loan received by Plaintiff/Kimberly J. Turner in January of 1999 was not given in matter for plaintiff to have an attorney view mortgage documents.  Charter One Mortgage Bank "AKA" Equity One Mortgage this mortgage was written to gain procession of property for Predatory Loan profitable gain.  Plaintiff/Kimberly J. Turner request;

---

<strong>Motion for "Writ to Stay"</strong>

---

Plaintiff/Kimberly J. Turner ask for the courts order 36th District Court Judge John Perry escrow order of $800.00 every 3rd day of the month stay in affect until this Lawsuit has been answered. Until the Summons and Complaint Lawsuit filed has been Answered in its entirely.

_Kimberly J. Turner_
**Kimberly J. Turner**

_3-9-04_
**Date**

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

KIMBERLY TURNER

        Plaintiff,

vs

CHARTER ONE BANK
jointly and severally

        Defendants.

04-407099 CH   3/09/2004
JDG: WARFIELD MOORE
TURNER KIMBERLY
VS
CHARTER ONE MORTGAGE BANK

---

METROPOLITAN LEGAL GROUP, PLLC
BY: TRACI L. RICHARDS (P-52868)
Attorney for Plaintiff
7755 Twenty-Two Mile Road
P.O. Box 183304
Shelby, Michigan 48318
(586) 412-1717

---

### ORDER

At a session of said Court held in the Courthouse,
in the County of Wayne, State of Michigan,
on:_____ MAR 1 6 2004

Present HON:_____ HON. WARFIELD MOORE, JR.

         CIRCUIT COURT JUDGE

Based upon the Court being fully advised in the premises.

IT IS ORDERED that the eviction proceedings at 36th District Court concerning the subject property more commonly known as 19329 Appoline, Detroit, MI 48208 are hereby stayed until April 16, 2004.

        HON. WARFIELD MOORE, JR.
        Circuit Court Judge

BY: _____
        WAYNE COUNTY CLERK
        DEPUTY CLERK

04-407099 CH

**STATE OF MICHIGAN**
THIRD CIRCUIT COURT



| | **CASE NO.** |
|---|---|

**SUMMONS AND
RETURN OF SERVICE**

| COURT
ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226 | COURT
TELEPHONE NO. (313) 224- 2430 |
|---|---|

THIS CASE ASSIGNED TO JUDGE: WARFIELD MOORE            Bar Number: 17938

| PLAINTIFF | DEFENDANT |
|---|---|
| TURNER KIMBERLY            PL. 01   VS | CHARTER ONE MORTGAGE BANK        DF 002 |
| **PLAINTIFF'S ATTORNEY**
KIMBERLY TURNER
(P-00999)
19329 APPOLINE ST
DETROIT, MI  48235 | C/o Trott & Trott
30400 Telegraph Rd Ste 200
Bingham Farms, MI 48025 |

| CASE FILING FEE
PAID | JURY FEE
NO JURY DEMAND FILED |
|---|---|

| ISSUED
03/09/04 | THIS SUMMONS EXPIRES
06/08/04 | DEPUTY COUNTY CLERK
PAMELA OLIVER |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.        Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The docket number and assigned judge of the civil/domestic relations action are:

| Docket no.
03320161 | Judge | Bar no. |
|---|---|---|

The action   ☐ remains   ☐ is no longer   pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

Date  3-9-04                    Signature of attorney/plaintiff  Kimberly J Turner in proper

**COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.**
If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangement.

FRM NO.WC101
1-98)   MC 01 (10/97)     **SUMMONS AND RETURN OF SERVICE**        MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206 (A)
DEFENDANT

04-71316

JS 44 11/99       **CIVIL COVER SHEET** COUNTY IN WHICH THIS ACTION AROSE: ___WAYNE___

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**

KIMBERLY TURNER
19329 APPOLINE
DETROIT, MI  48235

(b) County of Residence of First Listed        WAYNE

(C) Attorney's (Firm Name, Address, and Telephone Number)

KIMBERLY TURNER, IN PRO PER
19329 APPOLINE
DETROIT, MI  48235

**DEFENDANTS**

CHARTER ONE BANK PATRICK J. DUGGAN

MAGISTRATE JUDGE MORGAN

County of Residence of First Listed

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

JAMES J. MAKOWSKI
TROTT & TROTT, P.C., 30400 TELEGRAPH ROAD
SUITE 200, BINGHAM FARMS, MI  48025

**II. BASIS OF JURISDICTION** (Place an "X" In One Box Only)

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item 111) | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" In One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" In One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21; 881 | 28 USC 157 | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of | | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| Overpayment and Enforcement of Judgment | ☐ 320 Assault Libel And Slander | ☐ 368 Asbestos Personal Injury Product | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/ |
| | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth In Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

| | | | | Appeal to District |
|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 (specify) Transferred from another district | ☐ 6 Multi district Litigation | ☐ 7 Judge from Magistrate |

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Truth-in-Lending Act alleged violations and 28 USC §1441 diversity

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     $ DEMAND See IV     CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY:** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  4/7/04

SIGNATURE OF ATTORNEY OF RECORD

# PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?

☐ Yes

☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.　　　　Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

☐ Yes

☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____