ORIGINAL

UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY TURNER

    Plaintiff,

Case No. 04-71316
Hon. Patrick Duggan
Wayne County Circuit Court
Case No.: 04-407099 CH

V.

CHARTER ONE BANK

    Defendant.

CHARTER ONE, P.C.
By: James J. Makowski (P62115)
Attorneys for Defendant
30400 Telegraph Rd., Ste. 200
Bingham Farms, MI 48025
248.723.6010
T&T #200019779

METROPOLITAN LEGAL GROUP PLLC
BY: Traci L. Richards (P52868)
Attorney for Plaintiff
7755 Twenty-Two Mile Road
PO Box 183304
Shelby, Michigan 48318
586.412.1717

**AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT CHARTER ONE MORTGAGE COMPANY**

Defendant, Charter One Mortgage Company ("CHARTER ONE"), by and through its attorneys, CHARTER ONE P.C., by James J. Makowski, answers Plaintiff's Complaint as follows:

1. CHARTER ONE admits the allegations contained in Paragraph 1 of Plaintiff's Amended Complaint.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

2. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

3. CHARTER ONE admits the allegation contained in Paragraph 3 of Plaintiff's Amended Complaint.

4. CHARTER ONE admits the allegation contained in Paragraph 4 of Plaintiff's Amended Complaint.

5. CHARTER ONE admits the allegation contained in Paragraph 3 of Plaintiff's Amended Complaint.

## COMMON ALLEGATIONS

6. CHARTER ONE incorporates Paragraphs 1 through 5 as if fully restated herein.

7. CHARTER ONE denies the allegations contained in Paragraph 7 of Plaintiff's Amended Complaint as untrue. By way of further answer, CHARTER ONE hired Trott & Trott, P.C. as its counsel to perform a foreclosure on the property subject to this dispute

8. CHARTER ONE denies the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint as untrue. By way of further answer, CHARTER ONE has continuously offered to allow Plaintiff to redeem the Subject Property even though the statutory redemption period has long since expired, but Plaintiff has failed to tender payment.

9. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

10. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

11. CHARTER ONE denies the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint as untrue.

12. CHARTER ONE denies the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint as untrue. By way of further answer, CHARTER ONE has continuously offered to allow Plaintiff to redeem the Subject Property even though the statutory redemption period has long since expired, but Plaintiff has failed to tender payment.

13. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

14. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 14 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

15. CHARTER ONE denies the allegations contained in Paragraph 15 of Plaintiff's Amended Complaint as untrue. By way of further answer, CHARTER ONE has continuously offered to allow Plaintiff to redeem the Subject Property even though the statutory redemption period has long since expired, but Plaintiff has failed to tender payment.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

16. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 16 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

17. CHARTER ONE denies the allegations contained in Paragraph 17 of Plaintiff's Amended Complaint as untrue.

18. CHARTER ONE denies the allegations contained in Paragraph 18 of Plaintiff's Amended Complaint as untrue.

19. CHARTER ONE denies the allegations contained in Paragraph 19 of Plaintiff's Amended Complaint as untrue.

20. CHARTER ONE denies the allegations contained in Paragraph 20 of Plaintiff's Amended Complaint as untrue.

21. CHARTER ONE denies the allegations contained in Paragraph 21 of Plaintiff's Amended Complaint as untrue.

22. CHARTER ONE denies the allegations contained in Paragraph 22 of Plaintiff's Amended Complaint as untrue.

WHEREFORE, Defendant CHARTER ONE requests that this honorable court dismiss this action with prejudice and award CHARTER ONE its attorney's fees and costs, and whatever other relief the Court may deem appropriate, for so wrongfully having to defend this meritless action.

## COUNT I
## MICHIGAN CONSUMER PROTECTION ACT

23. CHARTER ONE incorporates Paragraphs 1 through 22 as if fully restated herein.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

24. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 24 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

25. CHARTER ONE denies the allegations contained in Paragraph 25 of Plaintiff's Amended Complaint as untrue.

26. CHARTER ONE denies the allegations contained in Paragraph 26 of Plaintiff's Amended Complaint as untrue.

27. CHARTER ONE denies the allegations contained in Paragraph 27 of Plaintiff's Amended Complaint as untrue.

WHEREFORE, Defendant CHARTER ONE requests that this honorable court dismiss this action with prejudice and award CHARTER ONE its attorney's fees and costs, and whatever other relief the Court may deem appropriate, for so wrongfully having to defend this meritless action.

## COUNT II
## BREACH OF CONTRACT

28. CHARTER ONE incorporates Paragraphs 1 through 27 as if fully restated herein.

29. CHARTER ONE denies the allegations contained in Paragraph 29 of Plaintiff's Amended Complaint as untrue. By way of further answer, the Mortgage on the Subject Property was extinguished at a valid Sheriff's Sale, with CHARTER ONE now holding title to the property.

**TROTT & TROTT, P.C.**
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

30. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 30 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

31. CHARTER ONE denies the allegations contained in Paragraph 31 of Plaintiff's Amended Complaint as untrue.

32. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 32 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

33. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 33 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

WHEREFORE, Defendant, CHARTER ONE requests that this honorable court dismiss this action with prejudice and award CHARTER ONE its attorney's fees and costs, and whatever other relief the Court may deem appropriate, for so wrongfully having to defend this meritless action.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

**COUNT III**
**FRAUD/MISREPRESENTATION**

34. CHARTER ONE incorporates Paragraphs 1 through 33 as if fully restated herein.

35. CHARTER ONE denies the allegations contained in Paragraph 35 of Plaintiff's Amended Complaint as untrue.

36. CHARTER ONE denies the allegations contained in Paragraph 36 of Plaintiff's Amended Complaint as untrue.

37. CHARTER ONE denies the allegations contained in Paragraph 37 of Plaintiff's Amended Complaint as untrue.

38. CHARTER ONE denies the allegations contained in Paragraph 38 of Plaintiff's Amended Complaint as untrue.

39. CHARTER ONE denies the allegations contained in Paragraph 39 of Plaintiff's Amended Complaint as untrue.

40. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 40 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

41. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 41 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

42. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 42 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

43. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 43 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

44. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 44 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

45. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 45 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

46. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 46 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

47. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 47 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

48. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 48 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

WHEREFORE, Defendant, CHARTER ONE requests that this honorable court dismiss this action with prejudice and award CHARTER ONE its attorney's fees and costs, and whatever other relief the Court may deem appropriate, for so wrongfully having to defend this meritless action.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

## COUNT IV
## INNOCENT MISREPRESENTATION

49. CHARTER ONE incorporates Paragraphs 1 through 48 as if fully restated herein.

50. CHARTER ONE denies the allegations contained in Paragraph 50 of Plaintiff's Amended Complaint as untrue.

51. CHARTER ONE neither admits nor denies the allegations contained in Paragraph 51 of Plaintiff's Amended Complaint as it is without knowledge as to the truth of the matter asserted.

WHEREFORE, Defendant, CHARTER ONE requests that this honorable court dismiss this action with prejudice and award CHARTER ONE its attorney's fees and costs, and whatever other relief the Court may deem appropriate, for so wrongfully having to defend this meritless action.

## COUNT V
## EXEMPLARY DAMAGES

52. CHARTER ONE incorporates Paragraphs 1 through 51 as if fully restated herein.

53. CHARTER ONE denies the allegations contained in Paragraph 52 of Plaintiff's Amended Complaint as untrue.

WHEREFORE, Defendant, CHARTER ONE requests that this honorable court dismiss this action with prejudice and award CHARTER ONE its attorney's fees and costs, and whatever other relief the Court may deem appropriate, for so wrongfully having to defend this meritless action.

## COUNT VI
## QUIET TITLE

54. CHARTER ONE incorporates Paragraphs 1 through 53 as if fully restated herein.

TROTT & TROTT, P.C.
30400 Telegraph Rd.
Suite 200
Bingham Farms, MI 48025
Phone: (248) 642-2515
Facsimile: (248) 205-4118

55. CHARTER ONE denies the allegations contained in Paragraph 52 of Plaintiff's Amended Complaint as untrue.

WHEREFORE, Defendant, CHARTER ONE requests that this honorable court dismiss this action with prejudice and award CHARTER ONE its attorney's fees and costs, and whatever other relief the Court may deem appropriate, for so wrongfully having to defend this meritless action.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief may be granted.

2. The charges and disclosures in connection with Plaintiff's mortgage loan transaction are regulated by a myriad of federal and state laws. Accordingly, the claims alleged by Plaintiff are preempted by applicable federal and state laws.

4. Plaintiff lacks standing to assert some or all of the claims alleged in the complaint.

5. Plaintiff's claim is barred, in whole or in part, by her own actions.

6. Plaintiff's claim is barred, in whole or in part, by the actions of others.

7. Plaintiff's claim is barred, in whole or in part, by the doctrines of laches, estoppel and/or waiver.

8. Plaintiff's claim is barred, in whole or in part, by her prior material breach of contract.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

9. Plaintiff's claim is barred, in whole or in part, by her failure to tender appropriate amounts.

10. Plaintiff's claim is barred, in whole or in part, by the contractual agreements between or among the parties.

11. Plaintiff has failed to mitigate her damages.

12. Plaintiff's claim is barred, in whole or in part, by the doctrine of setoff.

13. Plaintiff's claim is barred, in whole or in part, by her own unclean hands.

14. Plaintiff's reliance, if any, was unreasonable.

15. Plaintiff's Complaint should be stricken, as the Complaint does not comply with the Federal Rules of Civil Procedure.

16. Charter One reserves the right to amend these affirmative defenses as discovery continues.

RESPECTFULLY SUBMITTED,

Date: June 23, 2004

James J. Makowski (P62115)
Trott & Trott, P.C.
Attorney for Defendant Charter One Mortgage Company

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI 48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

# ORIGINAL

## UNITES STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KIMBERLY TURNER

    Plaintiff,

Case No. 04-71316
Hon. Patrick Duggan
Wayne County Circuit Court
Case No.:   04-407099 CH

V.

CHARTER ONE BANK

    Defendant.

TROTT & TROTT, P.C.
By: James J. Makowski (P62115)
Attorneys for Defendant
30400 Telegraph Rd., Ste. 200
Bingham Farms, MI 48025
248.723.6010
T&T #200019779

METROPOLITAN LEGAL GROUP PLLC
BY: Traci L. Richards (P52868)
Attorney for Plaintiff
7755 Twenty-Two Mile Road
PO Box 183304
Shelby, Michigan 48318
586.412.1717

FILED '04 JUN 24 P12:19 U.S. DIST. COURT CLERK EAST. DIST. MICH. DETROIT - PSG

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI
48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

## PROOF OF SERVICE

Karolyn Hanna hereby certifies that on June 23, 2004, she mailed a copy of an Amended Answer and Affirmative Defenses of Defendant Charter One Mortgage Company by placing same in an envelope with sufficient postage thereon, and depositing same in the United States mail in the City of Southfield, State of Michigan to:

Traci L. Richards
7755 Twenty-Two Mile Road
P.O. Box 183304
Shelby, MI 48318

I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge, and belief.

*Karolyn A. Hahna*
Karolyn A. Hahna
Legal Secretary
Trott & Trott, P.C.

TROTT & TROTT, P.C.
30400 TELEGRAPH RD.
SUITE 200
BINGHAM FARMS, MI
48025
PHONE (248) 642-2515
FACSIMILE (248) 205-4118

L:\Jmakowski\Jim\Turner\pos.6.24.04(a).doc